State, Tex.Cr.App., 191 S.W.2d 41; Gordon v. State, Tex.Cr.App., 194 S.W.2d 775.

The argument complained of does not come within the rule stated.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## JACKSON v. STATE.
### No. 23745.

Court of Criminal Appeals of Texas.
May 21, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was assessed a penalty of a fine of five hundred dollars and thirty days in jail upon a conviction for the offense of selling whisky in a dry area.

The record, as brought forward, contains neither bills of exception nor a statement of facts. The proceedings are regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.